FILED
CLERK, U.S. DISTRICT COURT

MAY - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY DEAN RUNGE,<br><br>   Petitioner,<br><br>   v.<br><br>MIKE EVANS, Warden,<br><br>   Respondent. | NO. CV 08-2662-PA (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Petition For Writ Of Habeas Corpus,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 7, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE